Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ahmed Kamel Salim Abo Saada,** | Case No.: |
| Plaintiff, | |
| vs. | COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** Director of the Arlington Asylum Office;  **Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou,** Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations | |
| Defendants. | |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

**INTRODUCTION**

1.  This action is brought by Plaintiff Ahmed Kamel Salim Abo Saada, by and through his attorney, to request issuance of a writ of mandamus under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal.

2.  On May 29, 2015, Plaintiff Ahemed Kamel Salim Abo Saada submitted an I-589 Application for Asylum and Withholding of Removal.   The case was received and processed by the Defendant Los Angeles Asylum Office.   (**Exhibit A- I-589 Application for Asylum and Withholding of Removal**).

3.  On June 2, 2015, Defendant United States Citizenship and Immigration Services sent a notice to Plaintiff instructing that he had to appear at a designated Application Support Center between June 5, 2015 and June 19, 2015 to have his biometric information captured and recorded.   Plaintiff did appear at the designated facility and allowed his biometric information to be captured and recorded.  (**Exhibit B – I-797 Appointment Notice**).

4.  Since Plaintiff appeared at the designated Application Support Center, he has received absolutely no communications whatsoever from Defendants about when the asylum case will be scheduled for an interview.

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending for over nine years.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule the asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

**PARTIES**

6.  Plaintiff AHMED KAMEL SALIM ABO SAADA is stateless and he filed his I-589 Application for Asylum and Withholding of Removal on May 29, 2015.

7.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Los Angeles Asylum Office, and officers named as defendants in this complaint.

8.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.  Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiffs' asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum office.  This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Director Kim") is the Director of Refugee, Asylum, and International Operations. This suit is brought against Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702.  Plaintiff suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld."  Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action.  Plaintiff resides in Irvine, California, which is located in the Central District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

**20.** Plaintiff has no administrative remedies.  Since Plaintiff Ahmed Kamel Slaim Abo Saada submitted his I-589 Application for Asylum and Withholding of Removal, he has received no correspondence or communications whatsoever from Defendant USCIS nor Los Angeles Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview.   There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C. §1158, Plaintiff Ahmed Kamel Salim Abo Saada filed an Application for Asylum and Withholding of Removal on May 29, 2015.   Since he provided his biometric information at the Application Support Center, he has received no further communication or information from Defendants about when his asylum interview will be scheduled.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

22. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

23. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

24. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over nine years since Plaintiff Ahmed Kamel Salim Abo Saada submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

25. Plaintiff has no adequate remedy at law and will continue to suffer irreparable harm if his asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm.  Specifically:

a. Plaintiff has been irreparably damaged from the fear of not knowing what will happen with the asylum case for over nine years.  Plaintiff Ahmed Kamel Salim Abo Saada has been constantly hoping to have the case scheduled for an interview so that he could move on with his life.   Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiff who is not able to continue with his life in the United States without fear of returning to Saudi Arabia, a country where he will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Ahmed Kamel Salim Abo Saada's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Ahmed Kamel Salim Abo Saada's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Ahmed Kamel Salim Abo Saada has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy. Accordingly, Plaintiff has been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a. Accept jurisdiction and maintain continuing jurisdiction of this action;

    b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Ahmed Kamel Salim Abo Saada's Asylum and Withholding of Removal application by scheduling an asylum interview;

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

f.  Grant such other relief at law and in equity as justice may require.

Dated this May 23, 2024                    Respectfully Submitted,

/s/ Salah Khatib

Salah Khatib, Esq.
Counsel for Plaintiff

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARTORY RELIEF AND FOR A

## WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

## ABO SAADA v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal | 1-12 |
| B | I-797 Appointment Notification | 13 |

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)*  NONE | 2. U.S. Social Security Number *(if any)*  NONE |
|---|---|

| 3. Complete Last Name  ABO SAADA | 4. First Name  AHMED | 5. Middle Name  KAMEL SALIM |
|---|---|---|

**6. What other names have you used** *(include maiden name and aliases)?*
NONE

**7. Residence in the U.S.** *(where you physically reside)*

| Street Number and Name  6551 WARNER AVE | Apt. Number  28 C |
|---|---|

| City  HUNTINGTON BEACH | State  CA | Zip Code  92647 | Telephone Number  ( 949 ) 945-4328 |
|---|---|---|---|

**8. Mailing Address in the U.S.** *(if different than the address in Item Number 7)*

| In Care Of *(if applicable):* | Telephone Number  ( ) |
|---|---|

| Street Number and Name | Apt. Number |
|---|---|

| City | State | Zip Code |
|---|---|---|

| 9. Gender: ☒ Male ☐ Female | 10. Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|

| 11. Date of Birth *(mm/dd/yyyy)*  09/12/1986 | 12. City and Country of Birth  JEDDAH, SAUDIA ARABIA |
|---|---|

| 13. Present Nationality *(Citizenship)*  NONE | 14. Nationality at Birth  NONE | 15. Race, Ethnic, or Tribal Group  WHITE | 16. Religion  MUSLIM |
|---|---|---|---|

**17. Check the box, a through c, that applies:** a. ☒ I have never been in Immigration Court proceedings.

b. ☐ I am now in Immigration Court proceedings. c. ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18. Complete 18 a through c.**

a. When did you last leave your country? *(mmm/dd/yyyy)* 08/18/2014 b. What is your current I-94 Number, if any? N/A

c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 08/18/2014 | Place NY | Status B1 | Date Status Expires 02/12/2015 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document?  SAUDIA ARABIA | 20. Passport Number  Travel Document Number 2080 | 21. Expiration Date *(mm/dd/yyyy)*  06/07/2013 |
|---|---|---|

| 22. What is your native language *(include dialect, if applicable)*  ARABIC | 23. Are you fluent in English? ☐ Yes ☒ No | 24. What other languages do you speak fluently?  NONE |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse**  [X] I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender [ ] Male  [ ] Female |
|---|---|---|

**15. Is this person in the U.S.?** [ ] Yes *(Complete Blocks 16 to 24.)*  [ ] No *(Specify location):* _____

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? [ ] Yes  [ ] No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*
[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
[ ] No

**Your Children.** List all of your children, regardless of age, location, or marital status.

[X] I do not have any children. *(Skip to Part A.III, Information about your background.)*

[ ] I have children.    Total number of children: _____

**(NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender [ ] Male  [ ] Female |

**13. Is this child in the U.S.?** [ ] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? [ ] Yes  [ ] No | |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
[ ] No

**2**

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
   ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
   ☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
   ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
   ☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
   ☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
   ☐ No

3

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 3223 AL KULAIB STREET | AL HAZEM | RIYAD | SAUDI ARABIA | 11/1986 | 08/2014 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 6551 WARNER AVE | HUNTIGTON BEACH | CA | USA | 08/2014 | PRESENT |
| 3223 AL KULAIB STREET | AL HAZEM | RIYAD | SAUDI ARABIA | 11/1986 | 08/2014 |
| | | | | | |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| ABO BAKR | JUNIOR HIGH | AL SHIFA STRT, RYAD, SAUD | 09/2001 | 12/2004 |
| SAEID EBN AMER | MIDDLE SCHOOL | AL SHIFA STRT, RYAD, SAUD | 09/1998 | 06/2001 |
| HASSAN EBN THABET | ELEMENTARY | AL SHIFA STRT, RYAD, SAUD | 09/1992 | 06/1998 |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| STC -SAUDIA ARABIA | ENGINEER | 02/2005 | 06/2013 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* MONA ALDHAEFI | DAMASCUS | ☐ Deceased  USA |
| *Father* KAMAL EL DIN AL DAHIFI | PALESTINE | ☐ Deceased  SAUDI ARABIA |
| *Sibling* ROHAIFA ABOUSAADA | SAUDI ARABIA | ☐ Deceased  SAUDI ARABIA |
| *Sibling* KHALED ABOUSAADA | SAUDI ARABIA | ☐ Deceased  SAUDI ARABIA |
| *Sibling* ABDALLAH ABOUSAADA | SAUDI ARABIA | ☐ Deceased  SAUDI ARABIA |
| *Sibling* NASSER ABOUSAADA | SAUDI ARABIA | ☐ Deceased  USA |

## Part B. Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.*)

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   [X] Race                        [ ] Political opinion

   [ ] Religion                    [ ] Membership in a particular social group

   [X] Nationality                 [X] Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   [ ] No          [X] Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   ```
   PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.
   ```

**B.** Do you fear harm or mistreatment if you return to your home country?

   [ ] No          [X] Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   ```
   PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.
   ```

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No          [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No          [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No          [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No          [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No    ☒ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

```
MY BROTHER NASSER ABOUSAADA APPLIED FOR ASYLUM.
```

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No    ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No    ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

```
2.A.TRANSIT IN UAE FOR 3 HOURS.
```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No    ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No    [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[X] No    [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No    [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature



I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Ahmed Abu Sadah | أحمد أبو سداح |

Did your spouse, parent, or child(ren) assist you in completing this application?   [X] No   [ ] Yes (If "Yes," list the name and relationship.)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| (Name) | (Relationship) | (Name) | (Relationship) |

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [X] Yes (If "Yes,"complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [ ] No   [X] Yes

Signature of Applicant *(The person in Part A.I.)*

[ _____ ]     Date (mm/dd/yyyy)  05/28/2015

Sign your name so it all appears within the brackets

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | Georges Meleka law office |

| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
|---|---|---|---|
| (714) 563-0111 | 800 S. Brookhurst st | | |
| Apt. Number | City | State | Zip Code |
| 2 A | Anaheim | CA | 92804 |

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are
☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are
☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| _____ | _____ |
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| _____ | _____ |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

10

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

### List All of Your Children, Regardless of Age or Marital Status
**(NOTE:** *Use this form and attach additional pages and documentation as needed, if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number (if available) | Date |
| --- | --- |
| | 05/28/2015 |

| Applicant's Name | Applicant's Signature |
| --- | --- |
| AHMED ABOUSAADA | *Ahmed Abousaada* |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part      A.III

Question   5

MANSOUR ABOUSAADA      SAUDA ARABIA      SAUDI ARABIA

12

**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** June 02, 2015 |
| | **USCIS A#** A 208 222 208 |

| CASE TYPE | | | PAGE |
|---|---|---|---|
| I589    Application For Asylum | | | 1 of 1 |
| **RECEIPT NUMBER** ZLA1500085410 | **RECEIVED DATE** May 29, 2015 | **PRIORITY DATE** May 29, 2015 | |

**APPLICANT NAME AND MAILING ADDRESS**

AHMED KAMEL SALIM ABO SAADA
c/o GEORGES M MELEKA
LAW OFFICES OF GEORGES MELEKA
800 S BROOKHURST ST STE 2A
ANAHEIM CA  92804



ldmldlldlldlmdd

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| **Address** | **14-Day Period** | **Hours of Operation** CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA 1666 N. MAIN ST. SUITE 100A SANTA ANA CA 927017417 | 06/05/2015 to 06/19/2015 | Sat - Sun  Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

**REPRESENTATIVE COPY**

If you have any questions regarding this notice, please call 1-800-375-5283.    

Form I-797C  01/02/12 Y

Please see the back of this notice for important information.

13